ORIGINAL

FILED
JUN 3 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Bid Protest

| | |
|---|---|
| FEMME COMP INC.<br>14170 Newbrook Drive<br>Suite 100<br>Chantilly, VA 20151<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant | Case No. 08-409 C |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

Pursuant to RCFC 7, 10 and RCFC, Appendix C, ¶ 4-7 and 17(a), Plaintiff Femme Comp Inc., (FCI) through its undersigned counsel, respectfully requests that the Court file under seal FCI's Complaint. This document is being filed contemporaniously with this motion for leave. Additionally, FCI requests that this Court issue a protective order. These procedures are necessary because FCI relies on documents that contain sensitive proprietary information and Government material.

Additionally, pursuant to RCFC, Appendix C, ¶6, FCI has submitted a proposed redacted version of the Complaint it is requesting the Court to file under seal. (Attachment 1). This document should initially be filed under seal pending the government's in any intervenors approval of the proposed redactions.

For the foregoing reasons, FCI respectfully requests that this court to file under seal FCI's complaint. Additionally, FCI respectfully requests that this Court enter a protective order.

Respectfully submitted,

Terrence M. O'Connor
Sarah T. Zafina
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone (703) 562-3382
Facsimile: (703) 312-0415
Counsel for Femme Comp Inc.

Dated: 6/2/08