ORIGINAL

FILED
JUN 3 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FEMME COMP INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 08-08-409 C

Judge: ____________

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to the U.S. Court of Federal Claims Rule 7.1, FEMME COMP. INC., ("FCI") provides as follows for its mandatory disclosure statement:

1. FCI is a nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation owns 10% or more of FCI's stock.

Respectfully submitted,

Terrence M. O'Connor
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 562-3382
Facsimile: (703) 312-0415

*Counsel for FEMME COMP INC.*

Dated: June 2, 2008