IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FEMME COMP INC., | ) | |
| | ) | BID PROTEST |
| Plaintiff, | ) | |
| | ) | No. 08-409C |
| v. | ) | (Judge Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KENNETH D. WOODROW as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Kenneth D. Woodrow
Kenneth D. Woodrow
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0513
Facsimile: (202) 514-7969
E-mail: Kenneth.Woodrow@usdoj.gov

Dated: June 3, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of June, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow