# In the United States Court of Federal Claims

No. 08-409 C
(Filed: June 4, 2008)

***********************************
FEMME COMP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On June 3, 2008, plaintiff in the above-captioned bid protest filed a motion for leave to file its complaint under seal. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge