# In the United States Court of Federal Claims

No. 08-409 C
(Filed: June 4, 2008)

***********************************
FEMME COMP, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The court will conduct the initial status conference in the above-captioned bid protest, pursuant to Appendix C of the Rules of the United States Court of Federal Claims, on **Friday, June 6, 2008, at 11:00 a.m**. The court will initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge