**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **FEMME COMP INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-409C** |
| | ) | **(Judge Sweeney)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO INTERVENE PURSUANT TO RULE 24(a)**

Pursuant to Rule 24(a) of the Rules of the U.S. Court of Federal Claims, Savantage Financial Services, Inc. ("Savantage"), 1355 Piccard Drive, Suite 425, Rockville, MD 20850, hereby moves to intervene in the subject action. Rule 24(a) states as follows:

> Upon timely application anyone shall be permitted to intervene in an action: (1) when a statute of the United States confers an unconditional right to intervene; or (2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

Savantage received a copy of plaintiff's Pre-Filing Notice on Monday, June 2, 2008. As the plaintiff's Pre-Filing Notice indicated, this matter arises in connection with a solicitation (Solicitation No. W91QUZ-07-R-0007) issued and administered by the Department of the Army. Pursuant to the terms of the solicitation, a number of contracts were awarded, and Savantage was one of the awardees.

If this Court should conclude that plaintiff is entitled to relief requiring defendant to take corrective action in connection with the solicitation and the contracts awarded thereunder, such a ruling could "impair or impede" Savantage's ability to protect its contract. This Court

has held that such interests affect a company's economic well-being and are sufficient to warrant intervention under similar circumstances. *Management Solutions & Systems, Inc. v. United States*, 75 Fed. Cl. 820 (2007); *Emerald Coast Finest Produce Co., Inc. v United States*, 74 Fed. Cl. 679, 681 (2006).

While it is true that defendant will represent Savantage's interests to some extent, Savantage and the Government do not have identical interests. The Government could, at any time, take a position or action that conflicts with Savantage's interests. In addition, Savantage may be able to provide the Court with relevant information that the Government does not possess. This Court has granted intervention under similar circumstances. *Management Solutions*, 75 Fed. Cl. At 827.

Based on the above, Savantage respectfully requests that the Court grant this Motion.

Respectfully submitted,

______s/ Timothy Sullivan___________

Timothy Sullivan
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6930 (tel.)
(202) 508-1028 (fax)

Attorney of Record for Intervenor
Savantage Financial Services, Inc.

Of Counsel:

Katherine S. Nucci
Thompson Coburn LLP
1909 K Street, N.W., 6th Floor
Washington, D.C. 20006
(202) 585-6900 (tel.)
(202) 585-6969 (fax)

Jon W. van Horne
Law Offices of Jon W. van Horne

Dated: June 6, 2008

CERTIFICATE OF FILING

I hereby certify that on the 6th day of June 2008, a copy of the foregoing "Motion To Intervene Pursuant To Rule 24(a)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Timothy Sullivan