# In the United States Court of Federal Claims

No. 08-409 C
(Filed: June 6, 2008)

| | |
|---|---|
| *********************************** | |
| FEMME COMP, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On June 6, 2008, counsel for Savantage Financial Services, Inc. filed a Motion to Intervene Pursuant to Rule 24(a). Neither plaintiff nor defendant object to Savantage's motion. Accordingly, the motion to intervene is **GRANTED**. The clerk is directed to add Savantage Financial Services, Inc. as an intervenor.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge