# In the United States Court of Federal Claims

No. 08-409 C
(Filed: June 6, 2008)

************************************
FEMME COMP INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
SAVANTAGE FINANCIAL SERVICES, INC., *
*
Defendant-Intervenor. *
************************************

## ORDER

The court held an initial status conference in the above-captioned bid protest on June 6, 2008. Plaintiff and defendant proposed a schedule for further proceedings, to which defendant-intervenor had no objections. The court adopts the parties' proposed schedule, as follows:

- After circulating the court's standard protective order among the parties, defendant shall file, **no later than Wednesday, June 11, 2008**, a motion for the entry of a protective order.

- Defendant shall file the administrative record **no later than Friday, June 13, 2008**. Defendant may file the administrative record on CD-ROM. In addition, to the extent reasonable, defendant shall provide to chambers two bound hard copies of the administrative record.[1]

---

[1] If the administrative record is too voluminous to reasonably provide the court with the entire administrative record in hard copy, defendant may instead provide only the key parts of the record, i.e., the solicitation and all amendments, plaintiff's proposal, and the reports of the source selection board, source selection advisory council, and the source selection authority.

- Plaintiff shall file its motion for judgment on the administrative record **no later than Friday, July 11, 2008**. Plaintiff shall also provide to chambers two hard bound copies of its motion and those sections of the administrative record to which it cites.

- Defendant and defendant-intervenor shall file their oppositions to plaintiff's motion for judgment on the administrative record and their cross-motions for judgment on the administrative record **no later than Friday, August 8, 2008**. Defendant and defendant-intervenor shall also provide to chambers two hard bound copies of their oppositions/motions and those sections of the administrative record to which they cite and that were not cited by plaintiff.

- Plaintiff shall file its reply in support of its motion for judgment on the administrative record and its opposition to any cross-motions for judgment on the administrative record **no later than Tuesday, August 19, 2008**. Plaintiff need not provide chambers with bound hard copies of its brief unless it cites to portions of the administrative record not previously cited by the parties.

- Defendant and defendant-intervenor shall file their replies in support of their cross-motions for judgment on the administrative record **no later than Monday, August 25, 2008**. Defendant and defendant-intervenor need not provide chambers with bound hard copies of their briefs unless they cite to portions of the administrative record not previously cited by the parties.

- The court will hear argument on the parties' motions on **Wednesday, August 27, 2008, at 2:00 p.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC.

Plaintiff and defendant informed the court that it was their understanding that the newly awarded contracts do not begin until the current Blanket Purchase Agreements expire on September 3, 2008.[2] Thus, their proposed schedule leaves the court with very little time–a mere three business days–in which to rule on the parties' motions. However, the court will endeavor to render a decision prior to the date work is scheduled to commence.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[2] If defendant discovers that the performance of work under the newly awarded contracts begins on an earlier date, it shall file a status report indicating that fact.