# In the United States Court of Federal Claims

No. 08-409 C
(Filed: June 6, 2008)

************************************
FEMME COMP INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
SAVANTAGE FINANCIAL SERVICES, *
INC., *
*
Defendant-Intervenor. *
************************************

## ORDER

On June 6, 2008, counsel for Technical and Project Engineering, LLC ("TAPE") submitted a Motion to Intervene pursuant to RCFC 24, which was filed by the court's leave. As explained by the court during an impromptu status conference, although TAPE has a clear interest in the outcome in this case, intervention is not the vehicle best suited for TAPE's participation. Thus, TAPE's motion is **DENIED**. Instead, **no later than Monday, June 9, 2008**, TAPE shall file the following: (1) a complaint; (2) a Notice of Directly Related Case pursuant to RCFC 40.2(a) to ensure that TAPE's complaint will be assigned to the undersigned; and (3) a motion to consolidate pursuant to RCFC 42.1. Upon the court's receipt of these documents, the court will join TAPE's case with the above-captioned case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge