IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| FEMME COMP INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES, INC.,<br><br>Defendant-Intervenor. | ) | No. 08-409C<br>(Judge Margaret M. Sweeney) |

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests this Court enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. Plaintiff Femme Comp Inc. ("FCI") and Defendant-Intervenor Savantage Financial Services, Inc. ("Savantage") consent to our motion.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. Because defendant's administrative record contains protected materials necessary to safeguard the competitive process, we request that all filings be under seal in this case.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

June 11, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of June 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow