# In the United States Court of Federal Claims

Nos. 08-409 C and 08-419 C
(Filed: June 12, 2008)

************************************
FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC, *

Plaintiffs, *

v. *

THE UNITED STATES, *

Defendant, *

and *

SAVANTAGE FINANCIAL SERVICES, INC., *

Defendant-Intervenor. *
************************************

## ORDER

On June 11, 2008, defendant in the above-captioned protest filed Defendant's Motion for a Protective Order. Defendant represents that plaintiff Femme Comp Inc. ("FCI") and defendant-intervenor Savantage Financial Services, Inc. consent to its motion. However, defendant does not indicate the position of plaintiff Technical and Project Engineering, LLC ("TAPE") regarding the motion. TAPE filed a complaint based on the same procurement about which FCI filed its protest on June 9, 2008, and the court consolidated TAPE's protest with FCI's protest on June 10, 2008. Thus, TAPE will also require access to protected materials.

Defendant's motion is **GRANTED**.[1] However, because TAPE's position regarding defendant's motion was not ascertained, the court directs defendant to contact TAPE to discuss the contents of the protective order and attached forms. TAPE shall then file, **no later than**

---

[1] The proposed Application for Access to Information Under Protective Order by Expert Consultant or Witness contains a typographical error, which is also present in Form 10 of the Rules of the United States Court of Federal Claims (the last word of paragraph three should be "advantage" and not "advance"). The court will make this correction in the form it files, but otherwise adopts the protective order and forms precisely as submitted by defendant.

**Monday, June 16, 2008**, a status report indicating its objections, if any, to the protective order and forms.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge