# In the United States Court of Federal Claims

Nos. 08-409 C and 08-419 C
(Filed: June 12, 2008)

| | |
|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC., | * |
| Defendant-Intervenor. | * |

## ORDER

On June 12, 2008, counsel for Booz Allen Hamilton Inc. filed a motion to intervene in the above-captioned bid protest. The motion to intervene is **GRANTED**. The clerk is directed to add Booz Allen Hamilton Inc. as an intervenor.

The court entered a protective order earlier today. Defendant shall confer with Booz Allen Hamilton Inc. to discuss the contents of the protective order and attached forms. Booz Allen Hamilton Inc. shall then file, **no later than Monday, June 16, 2008**, a status report indicating its objections, if any, to the protective order and forms.

Finally, all future filings in this protest shall bear the following caption:

| | | |
|---|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC, | | |
| Plaintiffs, | | |
| v. | | |
| THE UNITED STATES, | | Nos. 08-409C and 08-419C<br>Judge Margaret M. Sweeney |
| Defendant, | | |
| and | | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | | |
| Defendant-Intervenors. | | |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge