IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC.,<br><br>Defendant-Intervenors. | No. 08-409C and 08-419C<br>(Judge Margaret M. Sweeney) |

**UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON DVD-ROM AND WAIVE ADDITIONAL PAPER COPY**

Pursuant to the Court's June 6, 2008 scheduling order, defendant, the United States, respectfully requests leave to file the administrative record utilizing a DVD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiffs and counsel for intervenors have been contacted and they do not oppose this motion.

The administrative record contains multiple color documents. These materials can most efficiently be delivered to the Court and to the parties on a DVD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on DVD-ROM also provides the most efficient and secure method for submission of the administrative record under seal.

Pursuant to the Court's June 6, 2008 order, defendant will also be subsequently filing two paper copies of key portions of the administrative record with the Judge's chambers. The key portions of the record include the solicitation and all amendments, plaintiffs' proposals, and the reports of the source selection board, source selection advisory council, and the source selection authority.

For these reasons, defendant respectfully requests that this motion for leave to file on DVD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

June 16, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of June 2008, a copy of the foregoing "UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON DVD-ROM AND WAIVE ADDITIONAL PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow