# In the United States Court of Federal Claims

Nos. 08-409 C and 08-419 C
(Filed: June 17, 2008)

| | |
|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

## ORDER

On June 16, 2008, defendant in the above-captioned protest submitted an Unopposed Motion for Leave to File Administrative Record on DVD-ROM and Waive Additional Paper Copy, as well as Defendant's Notice of Filing Administrative Record Under Seal. In violation of RCFC 11(a), neither submission was signed by the attorney of record, who had filed his Notice of Appearance earlier in the day. Although the court generally allows pleadings with minor defects to be filed by its leave, it does not do so when RCFC 11 is at issue. Thus, the court **STRIKES** defendant's two submissions. Defendant shall file properly signed documents **no later than Thursday, June 19, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge