IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC.,<br><br>Defendant-Intervenors. | No. 08-409C and 08-419C<br>(Judge Margaret M. Sweeney) |

**DEFENDANT'S NOTICE OF FILING**
**ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's June 6, 2008 and June 17, 2008 orders, defendant, the United States, respectfully provides notice of the filing, under seal, of the administrative record in this case.

Due to the proprietary and confidential nature of the information contained in the administrative record, defendant respectfully requests that the administrative record be filed under seal, in accordance with the Court's June 12, 2008 protective order.

The administrative record is being filed on DVD-ROM with a courtesy copies of key portions of the record to the Court pursuant to RCFC General Order 42A ¶5 and the Court's June 6, 2008 order.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

June 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow