**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FEMME COMP INC., | ) | |
| TECHNICAL AND PROJECT ENGINEERING, LLC, | ) | |
| DATA SYSTEMS ANALYSTS, INC., and | ) | |
| L-3 SERVICES, INC. | ) | |
| Plaintiffs, | ) | Case Nos. 08-409 C |
| | ) | 08-491C |
| v. | ) | 08-432-C |
| | ) | 08-454 C |
| THE UNITED STATES, | ) | Judge Margaret M. Sweeney |
| SAVANTAGE FINANCIAL SERVICES, INC., and | ) | |
| BOOZ ALLEN HAMILTON, INC. | ) | |
| Defendants. | ) | |

**DSA STATUS REPORT**

Data Systems Analysts, Inc. ("DSA"), as directed by the Court in the June 23, 2008 Scheduling Order in the above-referenced matter to submit its Status Report by June 25, 2008, by and through undersigned counsel, having reviewed the Protective Order issued by Judge Sweeney on June 12, 2008 (the "Protective Order") declares it has no objections to the Protective Order and hereby submits Applications for Access to Information Under Protective Order by its counsel.

Date: June 24, 2008

Respectfully submitted,

By: /s/ Holly Emrick Svetz

Holly Emrick Svetz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

Counsel for Protester Data Systems Analysts, Inc.

Of Counsel:

James J. Kearney, Esq.
James S. Kurz, Esq.
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Vienna, VA 22182
(703) 790-3310
Fax: (703) 790-2623

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2008, a copy of the foregoing DSA Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Holly Emrick Svetz
Holly Emrick Svetz