IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., and DATA SYSTEMS ANALYSTS, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | No's. 08-409C, 08-419C, 08-432C and 08-454C |
| Defendant, | (Judge Margaret M. Sweeney) |
| and | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S STATUS REPORT**
**CONCERNING THE ADMINISTRATIVE RECORD**

Pursuant to the Court's June 23, 2008 order, defendant, the United States, respectfully provides the following status report concerning the administrative record in this case.

On June 16, 2008, defendant filed and served the full administrative record on DVD-ROM with the Court and the parties in the case at that time. On June 18, 2008, pursuant to the Court's June 6, 2008 order, defendant provided two hard copies of selected portions of the record to the Judge's chambers, specifically including tabs: 3, 4, 10, 12, 17-20, 22-24, 26, 36-40, and 51. On June 27, 2008, pursuant to the Court's June 23, 2008 order, defendant provided additional hard copies of tabs 13, 16, 25, and 33. Accordingly, the Court should have in its possession the following bound portions of the administrative record:

| Tab | Bates Numbers |
|---|---|
| 3 - 4 | 46 - 464 |
| 10 | 2608 - 2887 |
| 12 - 13 | 3132 - 3707 |
| 16 - 20 | 4247 - 5083 |
| 22 - 26 | 6731 - 8591 |
| 33 | 9518 - 9753 |
| 36 - 40 | 10149 - 10588 |
| 51 | 11114 - 11488 |

Also pursuant to the Court's June 23, 2008 order, defendant is serving plaintiffs L-3 Services, Inc. and Data Systems Analysts, Inc. and defendant-intervenor Booz Allen Hamilton, Inc. with full copies of the administrative record on DVD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

June 30, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 30th day of June 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT CONCERNING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow