# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 2, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

## ORDER

The court held a status conference in a newly filed bid protest, BearingPoint, Inc., No. 08-474C, on July 2, 2008. Counsel for BearingPoint and the United States participated in the status conference. The court discussed the following issues with the parties:

- Because BearingPoint, Inc. arises from the same procurement at issue in Femme Comp Inc., No. 08-409C, the court indicated that it would consolidate the case with Femme Comp Inc. After the status conference concluded, the court filed an order in BearingPoint, Inc. directing the consolidation.

- As indicated in both its Motion for Protective Order and Notice of Directly Related Cases, BearingPoint, Inc., confirmed that it had no objections to the protective order issued in Femme Comp Inc. BearingPoint, Inc. shall file the necessary applications for entry into the protective order **as soon as possible**. **Once BearingPoint, Inc. is**

**admitted to the protective order**, defendant shall serve counsel with a copy of the administrative record on DVD-ROM.

- As indicated in its Notice of Directly Related Cases, BearingPoint, Inc., confirmed that it had no objections to the briefing schedule set forth in the court's June 6, 2008 order. BearingPoint, Inc. shall comply with the same deadlines as the other plaintiffs and shall ensure that it cites the relevant portions of the administrative record in its briefs.

- The court confirmed that BearingPoint, Inc. was aware of the time change for the oral argument from 2:00 p.m. to **10:00 a.m. on Wednesday, August 27, 2008**.

- The court confirmed that BearingPoint, Inc. was aware of the court's enlargement of the page limit for the parties' opening briefs, which **shall not exceed 75 pages** in length.

- Defendant shall provide chambers, by **no later than Wednesday, July 9, 2008**, two hard bound copies of the portions of the administrative record pertaining to BearingPoint, Inc. (i.e., tabs 15 and 34).[1] By **the same date**, defendant shall file an updated status report identifying those portions of the administrative record (by tab number and Bates number) provided to chambers.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] The court's June 23, 2008 order contained a typographical error that incorrectly identified tab 25 (and not, as is correct, tab 35) as a document pertaining Data Systems Analysts, Inc. Thus, defendant resubmitted a copy of tab 25, a two-page memorandum for the SSEB chairperson. The court requests that defendant submit, along with the documents pertaining to BearingPoint, Inc., a copy of the document in tab 35.