IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 08-409C |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

BEARINGPOINT, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies, to the best of his knowledge and belief, that BearingPoint, Inc. ("BearingPoint") is a publicly traded corporation. BearingPoint respectfully states that there is no parent corporation. Undersigned counsel further certifies, to the best of his knowledge and belief, that Ariel Capital Management Corporation LLC, 200 East Randolph Drive, Suite 2900, Chicago, Illinois 60601, and Glenview Capital Management, LLC, 767 5th Avenue, New York, NY 10153-0023 are the only publicly held corporations that currently own ten percent or more of BearingPoint's stock.

Respectfully submitted,

DATED: July 2, 2008

s/

Kevin P. Connelly
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004
(202) 828-5374 Telephone
(202) 641-9274 Protected Facsimile
*Counsel for the Plaintiff BearingPoint, Inc.*

OF COUNSEL:
Joseph J. Dyer
Grace Bateman
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.,
Washington, DC 20006-4004