IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| Plaintiff, | ) | Civil Action No. 08-409C |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

MOTION FOR EXPEDITED ADMISSION TO PROTECTIVE ORDER

We have attached the applications of Kevin Connelly, Joseph Dyer, Grace Bateman, and Joshua Drewitz for admission to the protective order in the above referenced matter. During the July 2, 2008, status conference call with Judge Margaret Sweeney, Judge Sweeney indicated that the attorneys representing BearingPoint would be admitted to the protective order upon submission of their applications for admission provided that none of the other parties to the protest objected. BearingPoint has contacted each of the parties (the United States, protestors and intervenor awardees) and confirmed that they have no objection to the admission to the protective order of any of the BearingPoint attorneys. Thus, we request that BearingPoint's Motion for Expedited Admission to the Protective Order be approved.

Respectfully submitted,

DATED: July 2, 2008

s/
Kevin P. Connelly
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004
(202) 828-5374 Telephone
(202) 641-9274 Protected Facsimile
*Counsel for the Plaintiff BearingPoint, Inc.*

OF COUNSEL:
Joseph J. Dyer
Grace Bateman
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004