# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 7, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

## ORDER

On July 2, 2008, plaintiff BearingPoint, Inc. electronically submitted an Amended Corporate Disclosure Statement and a Motion for Expedited Admission to Protective Order. However, plaintiff did not properly sign the documents. Pursuant to Rule 19(a) of RCFC Appendix E, "[f]ilings must include a signature block, in compliance with RCFC 11(a), with the name of the Filing User . . . along with an 's/' typed in the space where the signature would otherwise appear." The court interprets this provision to require the name of the attorney of record to be typed alongside the "s/." The court will allow BearingPoint, Inc.'s documents to be filed by its leave. However, in the future, all parties shall ensure that they properly sign their filings.

Further, BearingPoint, Inc.'s unopposed Motion for Expedited Admission to Protective Order is **GRANTED**. Attorneys Kevin P. Connelly, Joseph J. Dyer, Grace Bateman, and Joshua C. Drewitz are admitted to the protective order.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge