IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARING POINT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC.,

Defendant-Intervenors.

No's. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Judge Margaret M. Sweeney)

**DEFENDANT'S STATUS REPORT**
**CONCERNING THE ADMINISTRATIVE RECORD**

Pursuant to the Court's July 2, 2008 order, defendant, the United States, respectfully provides the following status report concerning the administrative record in this case.

On July 7, 2008, defendant provided two hard copies of selected portions of the record to the Judge's chambers, specifically including tabs: 15, 34, and 35. Accordingly, the Court should have in its possession the following bound portions of the administrative record:

| Tab | Bates Numbers |
|---|---|
| 3 - 4 | 46 - 464 |
| 10 | 2608 - 2887 |
| 12 - 13 | 3132 - 3707 |
| 15 - 20 | 4029 - 5083 |

| | |
|---|---|
| 22 - 26 | 6731 - 8591 |
| 33 - 40 | 9518 - 10588 |
| 51 | 11114 - 11488 |

Also pursuant to the Court's July 2, 2008 order, defendant is serving plaintiff BearingPoint, Inc. with a full copy of the administrative record on DVD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

July 7, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of July, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT CONCERNING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow