IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARING POINT, INC., ) | |
| Plaintiffs, ) | |
| v. ) | |
| THE UNITED STATES, ) | No's. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C (Judge Margaret M. Sweeney) |
| Defendant, ) | |
| and ) | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC., ) | |
| Defendant-Intervenors. ) | |

**DEFENDANT'S NOTICE OF**
**SUPPLEMENT TO ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC") defendant, the United States, respectfully provides notice of the filing of the following supplement to the Administrative Record in this case. This supplemental filing contains documents inadvertently omitted from the Administrative Record filed on June 16, 2008. On July 10, 2008, the Government provided to the parties revised copies of the complete administrative record and index on DVD-ROM. The supplemental documents can be found at Tab 61 of the record and consist of Bates-numbered pages 12456 through 12727.

By no later than July 11, 2008, defendant will provide two hard copies of the supplemental documents to the Judge's chambers. Accordingly, the Court will have in its possession the following bound portions of the administrative record:

| Tab | Bates Numbers |
|---|---|
| 3 - 4 | 46 - 464 |
| 10 | 2608 - 2887 |
| 12 - 13 | 3132 - 3707 |
| 15 - 20 | 4029 - 5083 |
| 22 - 26 | 6731 - 8591 |
| 33 - 40 | 9518 - 10588 |
| 51 | 11114 - 11488 |
| 61 | 12456 - 12727. |

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow

KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

July 10, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10th day of July, 2008, a copy of the foregoing “DEFENDANT'S NOTICE OF SUPPLEMENT TO ADMINISTRATIVE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow