**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| FEMME COMP INC. , TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC. and BEARINGPOINT, INC.<br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES, INC., and BOOZ ALLEN HAMILTON,INC<br><br>Defendant-Intervenors. | Case Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C<br>(Judge Margaret M. Sweeney) |

**MOTION TO ENLARGE TIME**

Plaintiff, Femme Comp Inc. ("FCI"), by and through its undersigned counsel, hereby requests that the court enlarge time for plaintiffs to submit motions for judgment on the administrative record. As grounds therefore, plaintiff FCI states as follows:

1. On July 10, 2008, in response to a request by FCI on July 8th, the government filed a supplemental record providing the parties with documents that had been omitted from the previously filed administrative record. The supplemental record deals with documentation regarding the government's competitive range determination.

2. The supplemental records consist of almost 300 pages of additional documentation.

3. Because plaintiffs' motions for judgment on the administrative record are due on July 11, plaintiffs do not have sufficient time to review these additional documents prior to that deadline.

4. The government has no objection to the parties enlarging the time to submit motions for judgment on the administrative record by two business days, to July 15, 2008.

5. Counsel for FCI notified by e-mail counsel for all parties. All plaintiffs counsel do not object to the FCI motion. Counsel for intervenors have not replied so no representation as to their views on this motion can be presented to the court.

Accordingly, plaintiffs respectfully request the court to grant this motion to enlarge to July 15, 2008 the time for the submission of motions for judgment on the administrative record.

Respectfully submitted,

/s/ Terrence M. O'Connor

Terrence M. O'Connor
Sarah T. Zaffina
Stephanie D. Wilson
ALBO & OBLON, L.L.P.
2200 Clarendon Boulevard, Suite 1201
Arlington, Virginia 22201
Telephone (703) 562-3382
Facsimile: (703) 312-0415
Counsel for Femme Comp Inc.

Dated: July 10, 2008