# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 11, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

**ORDER**

On July 10, 2008, plaintiff Femme Comp Inc. ("FCI") filed a Motion to Enlarge Time, seeking to extend the time for plaintiffs to file their motions for judgment on the administrative record until July 15, 2008. FCI indicates that earlier that day, defendant provided plaintiffs "documents that had been omitted from the previously filed administrative record," consisting of about 300 pages of new material concerning "the government's competitive range determination." FCI represents that neither the other plaintiffs nor defendant objects to its motion. However, FCI indicates that it has not yet heard from the two defendant-intervenors.

Given the reasonableness of FCI's request, the court **GRANTS** its motion for enlargement of time. Accordingly, plaintiffs shall have until **no later than Tuesday, July 15, 2008**, in which to file their motions for judgment on the administrative record. Due to the

compressed briefing schedule, the court will not extend the remaining briefing deadlines at this time.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge