# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 18, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

## ORDER

On July 15, 2008, all five plaintiffs in the above-captioned bid protest electronically submitted motions for judgment on the administrative record. The clerk's office noted that the submissions of four plaintiffs contained the following violations of the Rules of the United States Court of Federal Claims ("RCFC"):

- Data Systems Analysts, Inc. and Technical and Project Engineering, LLC filed separate statements of facts instead of including them within their motion or supporting memorandum as required by RCFC 52.1(b).

- Technical and Project Engineering, LLC and L-3 Services, Inc. filed separate motions for judgment on the administrative record and supporting memoranda, instead of combining the two as required by RCFC 7(b).

- Data Systems Analysts, Inc. did not include a table of contents or a table of authorities, as required by RCFC 5.3(a)(1)(A)-(B).

- Femme Comp Inc. did not include with "a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix" pursuant to RCFC 5.3(a)(1)(A), a table of authorities pursuant to RCFC 5.3(a)(1)(B), or a separate table of contents for the appendix at the beginning of the appendix pursuant to RCFC 5.3(a)(1)(G).

The clerk's office shall file all of the above-documents by the court's leave. However, the court directs Data Systems Analysts, Inc. and Femme Comp Inc. to file, **no later than Wednesday, July 23, 2008**, a table of contents and table of authorities for their memoranda supporting their motions for judgment on the administrative record that complies with RCFC 5.3(a)(1)(A)-(B). The parties need not refile the entire memoranda and Femme Comp Inc. need not file the table of contents described in RCFC 5.3(a)(1)(G).

Further, the clerk's office noted that Data Systems Analysts, Inc.'s proposed redacted motion for judgment on the administrative record and statement of facts (docket numbers 61 and 62) suffer from the same deficiencies noted above. Thus, when Data Systems Analysts, Inc. files the agreed-upon redacted version of those documents, it shall endeavor to conform to the RCFC.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge