# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 18, 2008)

***********************************
FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC.,

Defendant-Intervenors.
***********************************

**ORDER**

On July 17, 2008, Technical and Project Engineering, LLC, one of the plaintiffs in the above-captioned bid protest, filed a second Memorandum in Support of Plaintiff's Motion for Judgment on the Administrative Record (docket number 60), without an accompanying motion seeking leave to file it. Since it appears to be the same document as the one filed by Technical and Project Engineering, LLC on July 15, 2008 (docket number 55), the court **STRIKES** the document filed as docket number 60.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge