# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: July 21, 2008)

```
***********************************
FEMME COMP INC., TECHNICAL AND    *
PROJECT ENGINEERING, LLC, L-3     *
SERVICES, INC., DATA SYSTEMS      *
ANALYSTS, INC., and BEARINGPOINT, *
INC.,                             *
                                  *
               Plaintiffs,        *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
               Defendant,         *
                                  *
and                               *
                                  *
SAVANTAGE FINANCIAL SERVICES,     *
INC. and BOOZ ALLEN HAMILTON      *
INC.,                             *
                                  *
          Defendant-Intervenors.  *
***********************************
```

**ORDER**

On July 18, 2008, Technical and Project Engineering, LLC ("TAPE"), one of the plaintiffs in the above-captioned bid protest, filed Plaintiff's Motion for Leave to File Corrected Memorandum. TAPE's motion is **GRANTED**. Accordingly, TAPE shall file its corrected memorandum **no later than Wednesday, July 23, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge