IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARING POINT, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C (Judge Margaret M. Sweeney) |
| Defendant, | |
| and | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S NOTICE OF SECOND**
**SUPPLEMENT TO ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC") defendant, the United States, respectfully provides notice of the filing of the following supplement to the Administrative Record in this case. This supplemental filing contains documents inadvertently omitted from the Administrative Record filed on June 16, 2008.

The supplemental documents include: (1) legal memoranda and contracting officer's statements prepared in each of the Government Accountability Office protests (each of which have been added to the appropriate tabs for each protest); (2) price evaluation workbooks and data supporting the Initial Price Factor Evaluation Report at Tab 18; (3) price evaluation workbooks and data

supporting the Final Price Factor Evaluation Report at Tab 37; and (4) Price Model Verification Reports (added as a new Tab 62).

On July 22, 2008, the Government served, by overnight mail, revised copies of the complete administrative record and index on DVD-ROM and filed a copy of the revised DVD-ROM with the Court. On July 23, 2008, we will provide two hard copies of the supplemental documents to the Judge's chambers. The supplemental documents can be found at Tabs 18, 37, 54-59, and 62 of the record and consist of Bates-numbered pages 12728 through 13828.

Accordingly, the Court will have in its possession the following bound portions of the administrative record:

| **Tab** | **Bates Numbers** |
|---|---|
| 3 - 4 | 46 - 464 |
| 10 | 2608 - 2887 |
| 12 - 13 | 3132 - 3707 |
| 15 - 20 | 4029 - 5083; 12728 - 12771 |
| 22 - 26 | 6731 - 8591 |
| 33 - 40 | 9518 - 10588; 12772 - 12781 |
| 51 | 11114 - 11488 |
| 54 -59 | 11564 - 12401; 12782 - 13503 |
| 61 | 12456 - 12727 |
| 62 | 13504 - 13828 |

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

Attorneys for Defendant

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

July 22, 2008

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of July, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF SECOND SUPPLEMENT TO ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow