**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

*****************************************

FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., AND BEARINGPOINT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

And

SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC.,

Defendant-Intervenors.

*****************************************

REDACTED VERSION

Case Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C

(Judge Margaret M. Sweeney)

**BEARINGPOINT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 52.1 of the United States Court of Federal Claims ("COFC"), Plaintiff, BearingPoint, Inc. ("BearingPoint"), respectfully moves for Judgment on the Administrative Record. Together with this Motion, BearingPoint submits its Statement of Facts as required by RCFC 52.1(b) and Memorandum in Support of this Motion for Judgment on the Administrative Record.

Respectfully submitted,

DATED: July 15, 2008

/s/ Kevin P. Connelly

Kevin P. Connelly
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004
(202) 828-5374 Telephone
(202) 641-9274 Protected Facsimile
*Counsel for the Plaintiff BearingPoint, Inc.*

OF COUNSEL:
Joseph J. Dyer
Grace Bateman
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.,
Suite 500
Washington, DC 20006-4004

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of July 2008, a copy of the foregoing Motion for Judgment on the Administrative Record was filed and served via the Court's electronic filing system on:

Terrence Michael O Connor
Albo & Oblon, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, VA 22201
(703) 562-3382
Fax: (703) 312-0415
to@albo-oblon.com
*Counsel for Plaintiff Femme Comp Inc.*

James Stephen DelSordo
Argus Legal, LLC
9255 Center Street
Suite 307
Manassas, VA 20110
(703) 368-8770
Fax: (703) 368-8772
delsordo@arguslawfirm.com
*Counsel for Plaintiff Technical and Project Engineering LLC*

Holly Emrick Svetz
Womble Carlyle Sandridge & Rice PLLC
8065 Leesburg Pike
Fourth Floor
Vienna, VA 22182
(703) 394-2261
Fax: (703) 918-2264
hsvetz@wcsr.com
*Counsel for Plaintiff Data Systems Analysts, Inc.*

Warren Jay DeVecchio
Jenner & Block
601 13th Street, NW
Suite 1200
Washington, DC 20005
(202) 639-6893
Fax: (202) 661-4817
jdevecchio@jenner.com
*Counsel for Plaintiff L-3 Services, Inc.*

Kenneth David Woodrow
U. S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
Room 11030
Washington, DC 20530
202-353-0513
Fax: (202) 514-7969
national.courts@usdoj.gov
*Counsel for Defendant United States*

Timothy Sullivan
Thompson Coburn, LLP
1909 K Street, NW
Suite 600
Washington, DC 20006-1167
(202) 585-6900
Fax: (202) 585-6969
tsullivan@thompsoncoburn.com
*Counsel for Intervenor Defendant Savantage Financial Services, Inc.*

Marcia G. Madsen
Mayer Brown
1909 K Street, NW
Washington, DC 20006-1101
(202) 263-3274
Fax: (202) 263-5274
mgmadsen@mayerbrownrowe.com
*Counsel for Intervenor Defendant Booz Allen Hamilton, Inc.*

*/s/ Kevin P. Connelly*
Kevin P. Connelly