# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 4, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

**ORDER**

On August 1, 2008, Data Systems Analysts, Inc., one of the plaintiffs in the above-captioned bid protest, filed a redacted complaint in the lead case, Femme Comp Inc., No. 08-409C. Although the court has directed the parties to file all documents in 08-409C, because redacted complaints relate back to the originally filed complaints, the court finds that redacted complaints are best filed in the original case so that the two documents can be properly linked. Accordingly, the court requests that Data Systems Analysts, Inc., **no later than Friday, August 8, 2008**, file its redacted complaint in case number 08-454C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge