IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARING POINT, INC., | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C (Judge Margaret M. Sweeney) |
| Defendant, | |
| and | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC., | |
| Defendant-Intervenors. | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant, the United States, respectfully requests the Court to accept for filing the Government's 100-page brief in support of our motion for judgment upon the administrative record and opposition to plaintiffs' motions for judgment upon the administrative record, notwithstanding the 75-page limitation set forth in the Court's June 23, 2008 order.[1] The five plaintiffs in this consolidated case each filed briefs ranging in length from 25 pages to 72 pages and totaling more than 175 pages. Each brief raised a host of separate issues that must be addressed individually. Under these circumstances, the 25 additional pages of our brief are reasonable and should not cause material prejudice, inconvenience, or delay.

[1] Although we interpret the Court's order as giving the Government the right to file a 75-page brief in response to the plaintiffs' motions in each of the consolidated cases, we file this motion as a precaution.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

August 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of July, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow