# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 11, 2008)

***********************************
FEMME COMP INC., TECHNICAL AND *
PROJECT ENGINEERING, LLC, L-3 *
SERVICES, INC., DATA SYSTEMS *
ANALYSTS, INC., and BEARINGPOINT, *
INC., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
SAVANTAGE FINANCIAL SERVICES, *
INC. and BOOZ ALLEN HAMILTON *
INC., *
*
Defendant-Intervenors. *
***********************************

**ORDER**

On August 8, 2008, defendant in the above-captioned bid protest filed a motion for leave to exceed the page limit, seeking to file a 101-page brief in response to plaintiffs' motions for judgment on the administrative record and in support of its cross-motion for judgment on the administrative record. Because defendant's brief responds to the motions of five plaintiffs, defendant's request is reasonable. Thus, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge