# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 12, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

**ORDER**

On August 8, 2008, defendant and defendant-intervenors in the above-captioned bid protest electronically submitted cross-motions for judgment on the administrative record and responses in opposition to plaintiffs' motions for judgment on the administrative record. The clerk's office noted that the submissions contained errors of federal law and the Rules of the United States Court of Federal Claims ("RCFC"), as detailed below.

- The declaration contained within Exhibit B of defendant's cross-motion and response did not certify that it was made "under penalty of perjury" as required by 28 U.S.C. § 1746.

- Neither defendant nor Savantage Financial Services, Inc. included a statement of facts in addition to their counterstatement of facts, as required of all cross-movants by RCFC 52.1(b).

- Booz Allen Hamilton Inc. filed separate motions for judgment on the administrative record and supporting memoranda, instead of combining the two as required by RCFC 7(b).

In addition, the clerk's office noted that two of the three submissions were not filed using the correct event in CM/ECF, which is "Cross Motion and Response [Dispositive]," found in the "Motions" menu.

The clerk's office shall file all of the above documents by the court's leave. However, the court directs defendant, **no later than August 19, 2008**, to file a replacement declaration for Exhibit B that complies with 28 U.S.C. § 1746.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge