# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 15, 2008)

*************************************
FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC.,

Defendant-Intervenors.
*************************************

**ORAL ARGUMENT ORDER**

Oral argument in the above-captioned bid protest is scheduled to occur on August 27, 2008. Due to the number of parties involved, the court provides the following guidance to ensure the efficient conduct of the argument:

- Oral argument will begin promptly at 10:00 a.m. in Courtroom 5 of the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

- Only those individuals who are admitted to the June 12, 2008 Protective Order shall be permitted in the courtroom.

- Plaintiffs shall share one counsel table and defendant and defendant-intervenors shall share the other counsel table. Due to limited space, only one

attorney per plaintiff, two attorneys for defendant, and one attorney per defendant-intervenor shall be seated at the counsel tables. All other individuals shall be seated in the gallery.

- Each counsel table will have two monitors and two microphones. Counsel shall argue from the podium.

- The order and timing of the arguments will be as follows:[1]

    1. Plaintiffs shall argue in support of their motions for judgment on the administrative record, in the order in which the they filed their complaints. Each plaintiff shall have 25 minutes for its argument. Femme Comp Inc. shall address its motion to supplement during its allotted time.

    2. Defendant shall (a) respond to plaintiffs' arguments in support of their motions; (b) argue in support of its cross-motion for judgment on the administrative record; (c) respond to Femme Comp Inc's argument supporting its motion to supplement; and (d) argue in support of its motion to strike. Defendant shall have 45 minutes for its argument.

    3. Defendant-intervenors shall (a) respond to plaintiffs' arguments in support of their motions and (b) argue in support of its cross-motion for judgment on the administrative record. Each defendant-intervenor shall have 30 minutes for its argument.

    4. Plaintiffs shall (a) reply in support of their motions and (b) respond to the arguments of defendant and defendant-intervenors in support of their cross-motions. Each plaintiff shall have 15 minutes for its argument. Femme Comp Inc. shall (a) reply in support its motion to supplement and (b) respond to defendant's argument in support of its motion to strike during its allotted time.

    5. Defendant shall (a) reply in support of its cross-motion and (b) reply in support of its motion to strike. Defendant shall have 20 minutes for its argument.

    6. Defendant-intervenors shall reply in support of their cross-motions. Each defendant-intervenor shall have 20 minutes for its argument.

---

[1] If, after conferring, the parties believe a different schedule would be more appropriate, they shall file a joint status report proposing the alternative schedule **no later than Friday, August 22, 2008**.

- Given the time allotted for each argument, the court anticipates adhering to the following schedule:

| Time | Argument/Event |
|---|---|
| 10:00 a.m. - 12:15 p.m. | Plaintiffs' opening arguments plus one ten-minute break, if needed |
| 12:15 p.m. - 1:00 p.m. | Lunch |
| 1:00 p.m. - 2:45 p.m. | Defendant and defendant-intervenors' opening arguments |
| 2:45 p.m. - 3:00 p.m. | Break |
| 3:00 p.m. - 4:15 p.m. | Plaintiffs' responsive arguments |
| 4:15 p.m. - 5:15 p.m. | Defendant and defendant-intervenors' responsive arguments |

- Time limits will be strictly enforced. The court will use a lighting system to assist counsel in managing their time. A yellow warning light will appear when 5 minutes remain for the argument. In addition, a time display will be placed on the podium.

If the parties have any questions related to courtroom technology, they shall contact Mr. Donald Palmer at (202) 357-6448.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge