**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., AND BEARINGPOINT, INC., | **PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH THE U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER** |
| Plaintiffs, | |
| v. | Civil Action Nos. 08-409C 08-419C, 08-432C, 08-454C, and 08-474C (Judge Margaret M. Sweeney) |
| THE UNITED STATES OF AMERICA, | |
| Defendant, | |
| and | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | |
| Defendant-Intervenors | |

**PLAINTIFF L-3 SERVICES' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

Plaintiff L-3 Services, Inc. ("L-3") respectfully requests the Court to accept for filing L-3 Service's 36-page Reply in Support of its Motions for Judgment on the Administrative Record and for Permanent Injunctive and Declaratory Relief and Response to the Government's and Intervenor Booz Allen Hamilton's ("BAH") Motions for Judgment on the Administrative Record. The Government's Response and Motion for Judgment was 101 pages in length, a large portion of which related to L-3's contentions. BAH also filed a 56-page Response and Motion for Judgment on the Administrative Record, almost all of which related to L-3's contentions.

Under these circumstances, the 6 additional pages are reasonable and should not cause material prejudice, inconvenience, or delay.

Dated: August 19, 2008

Respectfully submitted,

s/ W. Jay DeVecchio
W. Jay DeVecchio

JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
(202) 639-6893
(202) 637-6365 (fax)

Counsel for Plaintiff
L-3 Services, Inc.

Of Counsel:

Kevin C. Dwyer
Edward Jackson
Daniel E. Chudd
Damien C. Specht

JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001-4412