# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 20, 2008)

| | |
|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | * |
| Defendant-Intervenors. | * |

## ORDER

On August 19, 2008, L-3 Services, Inc., one of the plaintiffs in the above-captioned bid protest, filed a motion for leave to exceed the page limit, seeking to file a 36-page brief responding to the motions for judgment on the administrative record filed by defendant and defendant-intervenor Booz Allen Hamilton Inc. and replying in support of its own motion for judgment on the administrative record. L-3 Services, Inc.'s request is reasonable. Thus, L-3 Services, Inc.'s motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge