IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARING POINT, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C (Judge Margaret M. Sweeney) |
| Defendant, | ) | |
| and | ) | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON, INC., | ) | |
| Defendant-Intervenors. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant, the United States, respectfully requests the Court to accept for filing the Government's 26-page brief in reply to plaintiffs' briefs responding to Defendant's motion for judgment upon the administrative record. The five plaintiffs in this consolidated case each filed response briefs ranging in length from 9 to 36 pages and totaling more than 122 pages. Each brief raised a host of separate issues that must be addressed individually. Under these circumstances, the 6 additional pages of our brief are reasonable and should not cause material prejudice, inconvenience, or delay.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
CHRISTOPHER L. KRAFCHEK
Trial Attorneys
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7969

Attorneys for Defendant

CPT CHARLES D. HALVERSON
CPT MEGAN STEPHENS
Trial Attorneys
U.S. Army Legal Services Agency
Contract and Fiscal Law Division, Team III
(JALS-KFLD3)
901 North Stuart Street, Suite 500
Arlington, Virginia 22203-1837
Phone: (703) 696-2846
Fax: (703) 696-1535

August 25, 2008

CERTIFICATE OF FILING

I hereby certify that on this 25th day of August 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Kenneth D. Woodrow