**Protected Material To Be Disclosed Only In Accordance With Court Of Federal Claims Protective Order**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| FEMME COMP INC. TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS INC., and BEARINGPOINT, INC., | |
| Plaintiffs, | |
| v. | Nos. 08-409C, 08-419C, 08-432C, 08-454C and 08-474C |
| UNITED STATES, | |
| Defendant, | (Judge Sweeney) |
| and | |
| SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC., | |
| Intervenors. | |

**BOOZ ALLEN HAMILTON'S AMENDED RULE 7.1. DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1., Booz Allen Hamilton Inc. ("BAH") respectfully submits its Amended Disclosure Statement. As of July 31, 2008, Booz Allen Hamilton Inc. is a wholly owned subsidiary of Explorer Investor Corporation, which is a wholly owned subsidiary of Explorer Holding Corporation. The Carlyle Group owns a majority of the stock of Explorer Holding Corporation. No other entity or individual holds more than

five percent of Explorer Holding Group.

Respectfully submitted,

/s Marcia G. Madsen

MARCIA G. MADSEN
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

*Counsel for Cross-Movant/ Intervenor,
Booz Allen Hamilton Inc.*

Of Counsel:

ROGER D. WALDRON
LUKE LEVASSEUR
MELISSA L. BAKER
MAYER BROWN LLP
Washington, D.C.

August 25, 2008