# In the United States Court of Federal Claims

Nos. 08-409C, 08-419C, 08-432C, 08-454C, and 08-474C
(Filed: August 26, 2008)

*************************************
FEMME COMP INC., TECHNICAL AND PROJECT ENGINEERING, LLC, L-3 SERVICES, INC., DATA SYSTEMS ANALYSTS, INC., and BEARINGPOINT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

and

SAVANTAGE FINANCIAL SERVICES, INC. and BOOZ ALLEN HAMILTON INC.,

Defendant-Intervenors.
*************************************

## ORDER

On August 25, 2008, defendant in the above-captioned bid protest filed a motion for leave to exceed the page limit, seeking to file a 26-page brief replying in support of its cross-motion for judgment on the administrative record. Because defendant's brief responds to the briefs of five plaintiffs, defendant's request is reasonable. Thus, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge